# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

## No. 201600416

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## GIVAWN G. VASSER
Private (E-1), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major Michael D. Zimmerman, USMC.
Convening Authority: Commanding General, Marine Corps
Installations-West, Marine Corps Base, Camp Pendleton, CA.
Staff Judge Advocate's Recommendation: Lieutenant Colonel
Todd Enge, USMC.
For Appellant: Commander Brian L. Miser, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 30 March 2017

———————————————

Before MARKS, FULTON, and BELSKY, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court